# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION No. 6:23-cv-00880-ADA |
| v. | §<br>§ | JURY TRIAL DEMANDED |
| PANASONIC HOLDINGS<br>CORPORATION, a Japanese corporation,<br>and | §<br>§<br>§<br>§ | |
| PANASONIC CORPORATION OF<br>NORTH AMERICA, a Delaware<br>corporation,<br>　　　　Defendants. | §<br>§<br>§<br>§ | |

## NOTICE OF UNOPPOSED REQUEST TO CHANGE DEADLINE FOR DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Plaintiff ACQIS, LLC ("ACQIS" or "Plaintiff"), by and through its counsel hereby provides notice that the parties have agreed to an extension of Defendant Panasonic Corporation of North America's ("Panasonic NA") time to answer or otherwise respond to the Complaint for Patent Infringement filed on December 22, 2023 (the "Complaint") by thirty (30) days, from May 10, 2024 to June 10, 2024.

On March 11, 2024, ACQIS sent Panasonic NA a request to waive service of summons. Panasonic NA agreed to waive service [Dkt 8], making its answer due on May 10, 2024. The parties agree that this deadline should be extended by thirty days to allow

4879-3824-7856

Defendant adequate time to investigate the allegations of the Complaint. This extension request is being sought via joint notice because the requested extension does not change the date of any hearing, trial, or other Court date, nor extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event. To the extent the Court believes this request should be via joint motion and not as a joint notice, the parties respectfully move the Court to extend Defendant's deadline to answer by 30 days so that Defendant may have adequate time to prepare its response to Plaintiff's Complaint.

Dated: April 1, 2024

Respectfully submitted,

/s/ *Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
pamstutz@scottdoug.com

Case Collard (*admitted*)
Colo. Reg. No. 40692
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
Email: collard.case@dorsey.com

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on April 1, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz